498

**NATIONAL LABOR RELATIONS BOARD,**
**Petitioner, v. S. S. SLATE, an Individual,**
**Doing Business as Bardon of Hollywood,**
**Respondent.**

No. 10617.

Circuit Court of Appeals, Ninth Circuit.

Feb. 9, 1944.

Howard Lichtenstein, Asst. Gen. Counsel, N.L.R.B., of Washington, D. C., for petitioner.

Sam Wolf and Leo Shapiro, both of Los Angeles, Cal., for respondent.

Before GARRECHT, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of petitioner, for an order permitting petitioner to withdraw its petition for enforcement and good cause therefor appearing, it is ordered that said motion be, and hereby is granted and the petitioner be, and hereby is granted leave to withdraw without prejudice its petition for enforcement herein. It is further ordered that the clerk of this court forthwith forward and release to the National Labor Relations Board the entire certified transcript of record in this cause.

**NORTHERN PACIFIC RAILWAY COM-**
**PANY, Appellant, v. H. E. WEIN-**
**BERG et al.**

No. 12787.

Circuit Court of Appeals, Eighth Circuit.

Dec. 13, 1943.

L. B. daPonte, and M. L. Countryman, Jr., both of St. Paul, Minn., and Donald D. Harries, of Duluth, Minn., for appellant.

H. E. Weinberg and A. R. Scanlon, both of Duluth, Minn., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant and consent of appellee.

**POPULAR PUBLICATIONS, Inc., Objecting**
**Creditor-Appellant, v. Robert Lee NEL-**
**SON, Bankrupt-Appellee.**

No. 274.

Circuit Court of Appeals, Second Circuit.

March 23, 1944.

Asa S. Herzog, of New York City, for bankrupt-appellee.

Edwin J. Harragan, of New York City, for Popular Publications, Inc., objecting creditor-appellant.

Before CHASE, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed.

**Raymond Mike POSPYCHALA, Petitioner, v.**
**UNITED STATES of America.**

No. 12796.

Circuit Court of Appeals, Eighth Circuit.

Dec. 20, 1943.

Raymond Mike Pospychala, pro se.

PER CURIAM.

Petition for writ of mandamus dismissed on ground that allegations are insufficient to justify relief sought, etc.